160 So. 915

ALABAMA FUEL & IRON CO. v. Owen
PEOPLES, Pro Ami.

6 Div. 650.

Supreme Court of Alabama.
May 2, 1935.

Benners, Burr, McKamy & Forman, of Birmingham, for appellant.

D. G. Ewing, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

**2**

161 So. 924

ALABAMA POWER CO. v. CITY OF SHEFFIELD et al.

8 Div. 668.

Supreme Court of Alabama.
June 7, 1935.

Andrews & Almon, of Sheffield, and Martin, Turner & McWhorter, of Birmingham, for appellant.

Stockton Cooke, Jr., of Sheffield, for appellees.

PER CURIAM.
Appeal dismissed by appellant.

**3**

161 So. 924

ALABAMA POWER CO. v. CITY OF TUSCUMBIA et al.

8 Div. 667.

Supreme Court of Alabama.
June 7, 1935.

Andrews & Almon, of Sheffield, and Martin, Turner & McWhorter, of Birmingham, for appellant.

John E. Deloney, Jr., of Tuscumbia, for appellees.

PER CURIAM.
Appeal dismissed by appellant.

**4**

159 So. 886

E. D. BARNES v. LOKEY ICE CREAM CO.
et al.

8 Div. 462.

Supreme Court of Alabama.
Feb. 2, 1935.

Street, Bradford & Street, of Guntersville, for appellant.

J. A. Lusk, of Guntersville, for appellees.

PER CURIAM.
Appeal dismissed by agreement.